# EXHIBIT B




Ship    Track    Manage My Account    Customs Tools

Services and Tools | Support | Search

Login




776968303480 ✎



# Delivered
## Thursday 14/11/2019 at 12:42

**DELIVERED**

Signed for by: K.MARSH

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|------|-----|
| Dallas, TX US | PLANO, TX US |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 776968303480 | FedEx Standard Overnight | 1 lbs / 0.45 kgs |
| **DELIVERED TO** | **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** |
| Receptionist/Front Desk | 1 | 1 lbs / 0.45 kgs |
| **TERMS** | **SHIPPER REFERENCE** | **PACKAGING** |
| Shipper | 110.01 | FedEx Envelope |
| **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** ⑦ | **SHIP DATE** ⑦ |
| Deliver Weekday | 14/11/2019 by 15:00 | Wed 13/11/2019 |
| **ACTUAL DELIVERY** | | |
| Thu 14/11/2019 12:42 | | |

## Travel History

Local Scan Time ⌄

| Thursday , 14/11/2019 | | | |
|---|---|---|---|
| 12:42 | PLANO, TX | | Delivered |
| 07:56 | ADDISON, TX | | On FedEx vehicle for delivery |
| 06:30 | ADDISON, TX | | At local FedEx facility |
| 04:14 | FORT WORTH, TX | | Departed FedEx location |

Wednesday, 12/11/2019

| 23:19 | FORT WORTH, TX | Arrived at FedEx location |
| 22:40 | IRVING, TX | Left FedEx origin facility |
| 19:16 | IRVING, TX | Picked up |
| Tuesday , 12/11/2019 | | |
| 18:59 | | Shipment information sent to FedEx |

FedEx.

Search

**Company Information**
About FedEx
Service Guide
International Holiday Schedule

**Customer Support**
Write to FedEx

**Follow FedEx**

Sint Maarten - English

This site is protected by copyright and trademark laws under US and international law. All rights reserved.© FedEx 1995-2019

Global Home | fedex.com Terms of Use