# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON RICH<br><br>　　　　　　　　Movant,<br><br>　v.<br><br>CHAPWOOD CAPITAL<br>INVESTMENT MANAGEMENT<br><br>　　　　　　　　Respondent. | Case No. 3:19-mc-00092-X<br><br>*Ancillary to* Civil Action No. 1:18-cv-00681-RJL |

## NOTICE IN SUPPORT OF MOTION TO COMPEL CHAPWOOD CAPITAL INVESTMENT MANAGEMENT TO COMPLY WITH MOVANT'S RULE 45 SUBPOENA

Movant Aaron Rich ("Mr. Rich") submits this Notice in support of his Motion to Compel Chapwood Capital Investment Management's (Chapwood) Compliance with Movant's Rule 45 Subpoena. [Dkt. 1] ("Motion to Compel" or the "Motion"). Movant wishes to notify the Court that discovery in the ancillary matter, *Aaron Rich v. Edward Butowsky et al.*, No. 1:18-cv-00681-RJL (D.D.C.), ends on January 27, 2020. As a result, there is a great need for a prompt ruling on the Motion to Compel and no longer any need to withhold judgment. Indeed, Chapwood has thus far refused to file any response to the Motion to Compel, and as a result, the Motion should be treated as unopposed. [*See* Dkt. 4 at 2].

For the foregoing reasons, Movant Aaron Rich respectfully urges the Court to enter the proposed order [Dkt. 1-2] as soon as possible.

Dated: January 2, 2020

/s/ *Paul J. Skiermont*
Paul J. Skiermont (TX Bar No. 24033073)
SKERMONT DERBY LLP
1601 Elm Street, Suite 4400,
Dallas, TX 75201
Tel: (214) 978-6600
pskiermont@skiermontderby.com

Samuel Hall (D.C. Bar No. 242110)
*pro hac vice pending*
WILLKIE FARR GALLAGHER LLP
1875 K Street NW, Washington, DC 20006
Tel: (202) 303-1443 / Fax: (202) 303-2000
shall@willkie.com

**Attorneys for Movant Aaron Rich**

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on January 2, 2020, the foregoing document was emailed to Chapwood Capital Investment Management's managing partner, Edward Butowsky, at ebutowsky@gmail.com. In addition, the foregoing document was sent via Federal Express to the following address:

> Chapwood Capital Investment Management
> 4965 Preston Park Blvd #100
> Plano, TX 75093

Dated: January 2, 2020

/s/ Samuel Hall_____
SAMUEL HALL